# UNITED STATES DISTRICT COURT

<u>MIDDLE</u> District of <u>ALABAMA</u>

TIMOTHY CRENSHAW and
KENT CRENSHAW, as owner of
DIAMONDS CLUB

**SUMMONS IN A CIVIL CASE**

v.

THE CITY OF MONTGOMERY,

CASE NUMBER:

2:07cv1035-MEF

TO: (Name and address of Defendant)
Clerk, City of Montgomery
103 North Perry Street
Montgomery, AL 36104

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Fred F. Bell (ASB BEL014)
1015 S McDonough Street
Montgomery, AL 36104
Telephone: (334) 265-8176
Facsimile (334) 265-8177/78
E-mail:

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

DATE 11/28/07

(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT

__MIDDLE_____ District of _____ALABAMA_____

TIMOTHY CRENSHAW and
KENT CRENSHAW, as owner of
DIAMONDS CLUB

**SUMMON IN A CIVIL CASE**

v.

THE CITY OF MONTGOMERY,
.

CASE NUMBER:

2:07cv1035-MEF

TO: (Name and address of Defendant)
L.C. CREMEENS
14 Madison Street
Montgomery, AL 36104

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Fred F. Bell (ASB BEL014)
1015 S McDonough Street
Montgomery, AL 36104
Telephone: (334) 265-8176
Facsimile (334) 265-8177/78
E-mail:

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 11/28/07

SCANNED