**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lt L.C. Crenmens
   Montgomery Fire Dept
   14 Madison St.
   Montgomery, AL
   36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Frank Role_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
   FRANK Poir

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

   07cv1035
   S+C

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0002 1981 9838

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540