IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KENT CRENSHAW, et al.,            )
                                  )
    Plaintiffs,                   )
                                  )
vs.                               )   CIVIL ACTION NO. 2:07cv1035
                                  )
THE CITY OF MONTGOMERY, et al.,   )
                                  )
    Defendants.                   )

## CONFLICT DISCLOSURE STATEMENT

COME NOW Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and manager, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. Timothy Crenshaw is an individual.

2. Kent Crenshaw is an individual and is the owner of the Diamonds.

3. Diamonds is a business entity owned by Kent Crenshaw.

4. There are no other reportable entities.

Respectfully submitted,

_____
FRED F. BELL (BEL014)

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of December 2007, served a copy of this document on the parties by hand delivery or by having placed the same in the United States Mail, postage prepaid, and addressed as follows:

Lt. L.C. Cremeens
14 Madison Street
Montgomery, Alabama 36104

Clerk, City of Montgomery
103 North Ripley Street
Montgomery, Alabama 3504

_____
Fred F. Bell

ADDRESS OF COUNSEL
1015 South McDonough Street
Montgomery, Alabama 36104
(334) 265-8176
(334) 265-8177 FAX