IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY CRENSHAW, and<br>KENT CRENSHAW, as owner of<br>the DIAMONDS CLUB,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE CITY OF MONTGOMERY, and<br>LT. G.C. CREMEENS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. **2:07cv1035-MEF**<br>)<br>)<br>)<br>)<br>)<br>) |

## CONFLICT DISCLOSURE STATEMENT

By and on behalf of Morrow, Romine & Pearson, P.C. the undersigned attorney hereby makes and files the following disclosure statement:

1. The entity Morrow, Romine & Pearson, P.C. is a professional corporation licensed in the City of Montgomery, Alabama. Its principals are Roger S. Morrow, Wesley Romine and Joel H. Pearson.

2. The Defendant G.C. Cremeens is employed by the City of Montgomery, a municipal corporation.

3. The undersigned further certifies that there are no other reportable relationships to disclose.

Dated this the 13 day of December, 2007.

Respectfully submitted,

_____
WESLEY ROMINE (ROM002)
ONE OF THE ATTORNEYS FOR DEFENDANT G.C. CREMEENS

OF COUNSEL:

**MORROW, ROMINE & PEARSON, P.C.**
**P.O. Box 4804**
**122 South Hull Street**
**Montgomery, AL 36103-4804**
**Telephone:** (334) 262-7707
**Facsimile:** (334) 262-7742
**Email:** wromine@mrplaw.com
rsmorrow@mrplaw.com
jhpearson@mrplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on __December_____, I electronically filed the foregoing with the Court using the CM/ECF system, and I hereby certify that I am serving the foregoing documents to the following:

Hon. Fred F. Bell
1015 South McDonough Street
Montgomery, AL 36104

Hon. Kimberly O. Fehl
City of Montgomery Legal Division
P.O. Box 1111
Montgomery, AL 36101-1111

Respectfully submitted,

_____
WESLEY ROMINE (ROM002)
One of the Attorneys for Defendant
L.C. Cremeens
Morrow, Romine & Pearson, P.C.
P.O. Box 4804
122 South Hull Street
Montgomery, AL 36103-4804
Telephone:   (334) 262-7707
Facsimile:   (334) 262-7742
Email:       wromine@mrplaw.com