IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY CRENSHAW, *et al.,* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>CITY OF MONTGOMERY, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:07-cv-1035-MEF |

# **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #15) filed on August 14, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on September 4, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before August 28, 2008. The defendant may file a reply brief on or before September 4, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 15th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE