IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY CRENSHAW, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v.                             ) | CASE NO. 2:07-cv-1035-MEF |
| ) | |
| CITY OF MONTGOMERY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Extension/Enlargement of Time to File Response to Defendant's Motion for Summary Judgment (Doc. #18) filed on September 3, 2008, it is hereby

ORDERED that the motion is GRANTED.  The defendants may file a reply brief on or before September 11, 2008.

DONE this the 5th day of September, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE