IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY CRENSHAW, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>CITY OF MONTGOMERY, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:07-cv-1035-MEF |

## **O R D E R**

Upon consideration of the Defendant G. C. Cremeens' Motion for Extension of Time to File Reply to Plaintiffs' Response to Defendant Cremeens' Motion for Summary Judgment (Doc. #20) filed on September 4, 2008, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 5th day of September, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE